**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

CASE NO.:  2:22-cv-02138-CSB-EIL

QUARTUS STITT,

Plaintiff,

vs.

CITY OF DECATUR; DECATUR POLICE DEPARTMENT; OFFICER DOES 1 through 10, in their individual and official capacity as police officers of the Decatur Police Department, inclusive; DOES 1 through 10, inclusive,

Defendant(s).
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of October 2022, a copy of the **PLAINTIFFS' INITIAL RULE FRCP 26(a)(1) DISCLOSURE STATEMENT** and **DISCLOSURES**, was served electronically via all counsel and/or parties of record.

Dated: October 5, 2022                    BY: /s/Andrew Williams
                                          ANDREW WILLIAMS, ESQ.
                                          *Pro Hac Vice admit*
                                          20 Island Ave, Suite 801
                                          Miami, Florida 33139
                                          Telephone: (305) 916-1122
                                          Email:    Andrew@TheWilliamsLG.com