Exhibit 4 – Transcription Audio Exhibit C

0:00  Dispatch:  8 & 10, can I have you clear for priority?

0:03  Eight:  8

0:05  Ten:  10

0:06  Dispatch:  1360 E Hickory St. 1-3-6-0 E. Hickory on UUW. Ava Sean Johnson is here saying something about having a 32 caliber. Not cooperative at all, saying he is coming back, keeps repeating the exact same thing. Came in a vehicle with a South Carolina 28, SLD194.

0:33  Eight:  8

0:34  Ten:  10

0:36  ??  I'm going to have that van at the bank at 1400 N. Water.

0:40  ??  I copy.

0:42  Dispatch:  8 & 10, vehicle is going to be a white Mazda.

0:46  Seven:  Seven, Central I'm going to en route ***

0:49  Dispatch:  10-4

0:51:  Davis:  Five Central, white Mazda just drove northbound 1300 N Lowber. Do you have any other units in the area?

0:57  Dispatch:  That's negative.

1:00  Macomb:  Four is going to be 1060 area. Lowber North. Stand by. Lowber and Walnut. Start me at 78. I'm getting behind the vehicle. It's going to be a Florida 28.

1:11  Dispatch:  10-4. 202.

1:13  Macomb:  North alley – start me at 78.

1:15  Dispatch:  0-2 can you head that way?

1:18  Davis:  I will be getting out with him.

1:20  Dispatch:  10-4

1:21  Macomb:  Suspect at gunpoint Central.

1:24  Dispatch:  I copy.

1:25  Davis:  Five's out.

1:26  Dispatch:  Five.

1:28   Davis: Five, Central secure the air.

1:30   Dispatch:   ** channel one.

1:31   Davis: Five, Central detained.

1:33   Dispatch:   One detained. 1654

1:35   Macomb:   Four, Central we're secure.

1:37   Dispatch:   Four, I copy.

1:39   Macomb:   Four, Central, 28 out of Florida.

1:41   Dispatch:   Four go ahead.

1:42   Macomb:   0943TE. This is going to be on a Mitsubishi Lancer.

1:49   Dispatch:   10-4.

1:50   Davis: We didn't advise you of the air back yet.

1:52   Dispatch:   Resume normal traffic channel one. ** checks negative valid to a Quartus Stitt on a white Mitsubishi four door.

2:02   Eight: Eight, Central **

2:05   Dispatch:   1360 E. Hickory.

2:07   ??   Do we got a name?

2:10   Dispatch:   She did not give a name.

2:11   Macomb:   Four, Central. 27-29 taken out of Florida as well.

2:14   Dispatch:   Go ahead.

2:15   Macomb:   Last name Stitt. First name Quartus, T-U-A-R-T-E-S, C-Charles middle initial, date of birth 4/7/86, 04071986 male.

2:24:   Dispatch:   10-4. 204 Stitt is negative. His Illinois license surrendered to Florida, valid out of Florida.

2:34   Macomb:   10-4. He was out…* 10-4 Central. Going to go ahead and clear this stop out.