EXHIBIT 5 to MSJ

Items filed on digital thumb drive:

AUDIO EXHIBIT A – In Vehicle Recording Macomb Part 1

AUDIO EXHIBIT B- In Vehicle Recording Macomb Part 2

AUDIO EXHIBIT C – Dispatch Transcript

AUDIO EXHIBIT D- Female Victim recording to CIRDC