IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| QUARTUS STITT,<br>    Plaintiff,<br><br>v.<br><br>CITY OF DECATUR; DECATUR POLICE DEPARTMENT; OFFICER DOES 1 through 10, in their official capacity as police officers of the Decatur Police Department, inclusive; DOES, 1 through 10, inclusive.<br>    Defendants. | No. 2:22-cv-02138 |

## CERTIFICATE OF MAILING

Defendant, the City of Decatur, by its attorney, Jerrold H. Stocks of Featherstun, Gaumer, Stocks, Flynn & Eck, LLP, hereby certifies that on February 21, 2024, it mailed to the following recipients a flash drive containing video footage cited in its Motion for Summary Judgment filed this date.

Clerk of the United States District Court –
    Central District of Illinois
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

The Williams Law Group
c/o Andrew Williams
20 Island Ave., Suite 801
Miami, FL 33139

CITY OF DECATUR, Defendant

By:  FEATHERSTUN, GAUMER, STOCKS,
      FLYNN & ECK, LLP, His Attorneys.

BY: /s/ Jerrold H. Stocks
Jerrold H. Stocks
ARDC No.: 06201986
FEATHERSTUN, GAUMER, STOCKS,
FLYNN & ECK
101 S. State St., Suite 240
P. O. Box 1760
Decatur, Illinois 62523
Telephone: (217) 429-4453
E-Mail: jstocks@decatur.legal